UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EVELYN CAMMARANO, )
)
)
Plaintiff, ) Civil Action #: 6:12-cv-06264-DGL
-vs- )
)
CREDIT MANAGEMENT )
SOLUTIONS, LLC, )
)

---

## NOTICE OF APPEARANCE PRO SE

Credit Management Solutions, LLC, hereby gives notice of our appearance in the above-entitled case and direct/request that all further papers and pleadings herein, except original process, be served upon us by mailing the same to the address stated below:

**CREDIT MANAGEMENT SOLUTIONS LLC**
*Attn: Charles Davis, Compliance Officer for CMS*
1412 Sweet Home Rd., Ste. 12
Amherst, New York 14228
Office: 855-880-3288
Fax: 716-688-8002

Dated: July 30, 2012

Signed _____
Charles Davis
*Authorized Representative for CMS*

CC:     **Frank J. Borgese, Esq.**
Graham & Borgese, LLP
*Attorneys for Plaintiff Cammarano*
482 Delaware Ave.
Buffalo, New York 14202
frank@gbdebthelp.com
716-200-1520