UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELYN CAMMARANO, | ) |
| | ) |
| | ) |
| Plaintiff, | ) Civil Action #: 6:12-cv-06264-DGL |
| -vs- | ) |
| | ) |
| CREDIT MANAGEMENT | ) |
| SOLUTIONS, LLC, | ) |
| | ) |

**Consent Motion to Extend Time to Answer**

The above-entitled parties, the Plaintiff by her counsel and the Defendant on their own behalf, hereby make a joint request for a sixty (60) day extension of time for Defendant to locate and retain counsel and file an Answer in this matter, if the parties are unable to amicably resolve this matter in the interim.   Facsimile copies of signatures shall be deemed originals for the purposes of this motion.

Respectfully Submitted

this the 30th day of July, 2012:

Charles Davis , Compliance Officer
Credit Management Solutions, LLC
*Defendant Pro Se*
1412 Sweet Home Rd., Ste. 12
Amherst, New York 14228
Phone: 855-880-3288

Frank J. Borgese, Esq.
Graham & Borgese, LLP
*Attorneys for Plaintiff*
482 Delaware Ave.
Buffalo, New York 14202
Phone: 716-200-1520

*Request for extension to obtain counsel and answer is Granted.*

*So ordered.*
*David G. Larimer*
*USDJ - 8/22/12*